APPENDIX A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMISIÓN EJECUTIVA HIDROELÉCTRICA DEL RÍO LEMPA,<br><br>Plaintiff,<br><br>v.<br><br>NEJAPA POWER COMPANY, L.L.C.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    Misc. Action No. 08-135 GMS<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Upon consideration of La Comisión Ejecutiva Hidroeléctrica del Río Lempa's ("CEL's") Application for an Order Granting Assistance to Litigant Before Foreign Tribunal pursuant to 28 U.S.C. § 1782 and the declarations submitted therewith and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, it is therefore;

ORDERED, that the application is granted; and it is

FURTHER ORDERED, that CEL is authorized pursuant to 28 U.S.C. § 1782 to take discovery relating to the issues identified in CEL's application from Respondent Nejapa Power Company, L.L.C., also know as Nejapa Power Co., Nejapa Co., and NPC ("NPC") including issuing a subpoena to NPC in the form attached as Appendix B, and it is

FURTHER ORDERED, that CEL is authorized pursuant to 28 U.S.C. § 1782 to take the depositions of the NPC representatives identified in Appendix C and CEL is authorized to issue a subpoena for the deposition of these representatives in the form attached as Appendix C, and it is

FURTHER ORDERED, that NPC is directed to comply with such subpoenas in accordance with, and subject to its rights under, the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS SO ORDERED, this 17th day of July, 2008.

_____
Judge, United States District Court

2380517

**FILED**

JUL 17 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE