**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COMISIÓN EJECUTIVA HIDROELÉCTRICA DEL RÍO LEMPA, Plaintiff, | ) | |
| v. | ) | Misc. Action No. 08-mc-135-GMS |
| NEJAPA POWER COMPANY, L.L.C., Defendant. | ) | |

**NEJAPA POWER COMPANY, L.L.C.'S**
**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent defendant Nejapa Power Company, L.L.C. in the above matters: C. Mark Baker, Andrew P. Price, and Kevin O'Gorman of Fulbright & Jaworski LLP, Fulbright Tower, 1301 McKinney, Suite 5100, Houston, Texas 77010-3095, Phone: 713.651.5151. Payment in the amount of $75.00 will be submitted to the Clerk's office the next business day.

Kevin G. Abrams (#2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendant*
*Nejpa Power Company, L.L.C.*

DATED: July 25, 2008

{A&L-00069264-}

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this ________ day of __________, 2008, that counsel's motion for admission *pro hac vice* is granted.

____________________________________
United States District Court Judge

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to local rule 83.5, I, Andrew Price, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 24, 2008

Andrew P. Price
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Phone: 713.651.5151
aprice@fulbright.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to local rule 83.5, I, Kevin O'Gorman, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Eastern, Southern, Northern, and Western Districts of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 24, 2008

Kevin O'Gorman
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Phone: 713.651.5151
kogorman@fulbright.com

PAGE 2/2 * RCVD AT 7/24/2008 10:14:37 AM [Central Daylight Time] * SVR:HOFAX01/1 * DNIS:0 * CSID:14065325305 * DURATION (mm-ss):00-42

JUL-24-08 09:49AM FROM-Fulbright & Jaworski T-095 P.006 F-401

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, C. Mark Baker, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, The Supreme Court of the United States, The United States Courts of Appeals for the Fifth and Tenth Circuits, and the United States District Courts of the Southern, Northern, and Western Districts of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: July 24, 2008

C. Mark Baker
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Phone: 713.651.5151
mbaker@fulbright.com

{A&L-00069264-}

JUL 24 2008 9:12AM HGI MISSOULA 14065325305 p.2
Received 07/24/2008 10:14AM in 00:42 on line [1] for CB03736 * Pg 2/2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on July 25, 2008, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**By Email and Hand Delivery**
Donald E. Reid
Jeremy D. Eichler
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**By Email and U.S. Mail**
David M. Orta
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

John M. Seaman (#3868)