IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMISIÓN EJECUTIVA HIDROELÉCTRICA DEL RÍO LEMPA, | § § § § § § § § § § § | |
| Plaintiff, | | Action No. 1:08-MC-00135-GMS |
| v. | | |
| NEJAPA POWER COMPANY, L.L.C., | | |
| Defendant. | | |

### NEJAPA POWER COMPANY, L.L.C.'S
### REQUEST FOR ORAL ARGUMENT PURSUANT TO RULE 7.1.4

On August 15, 2008, the parties in the above matter completed briefing on Defendant Nejapa Power Company, L.L.C.'s ("NPC") Motion for Reconsideration of July 18, 2008 Order Granting Assistance to Litigant Pursuant to 28 U.S.C. § 1782 ("Motion for Reconsideration"). (D.I. 9). Pursuant to D. Del. LR 7.1.4, NPC hereby requests oral argument on its Motion for Reconsideration.

Of Counsel.

C. Mark Baker
Texas Bar No. 01566010
Federal I.D. No. 993
Kevin O'Gorman
Texas Bar No. 00788139
Andrew P. Price
Texas Bar No. 24002791
Federal I.D. No. 22348
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:   (713) 651-5151
Facsimile:   (713) 651-5246

August 19, 2008

/s/ John M. Seaman
Kevin G. Abrams (#2375)
John M. Seaman (#3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
abrams@abramslaster.com
seaman@abramslaster.com

*Attorneys for Defendant
Nejapa Power Company, L.L.C.*

{A&L-00071856-}

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on August 19, 2008, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**By Email and Hand Delivery**
Donald E. Reid
Jeremy D. Eichler
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**By Email and U.S. Mail**
David M. Orta
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

_____
John M. Seaman (#3868)